DISCIPLINARY COUNSEL *v.* HOFELICH.

[Cite as *Disciplinary Counsel v. Hofelich,*
119 Ohio St.3d 1205, 2008-Ohio-4083.]

(No. 2007–0748—Submitted July 21, 2008—Decided July 28, 2008.)

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, James Hofelich, Attorney Registration No. 0033009, last known business address in Westlake, Ohio.

{¶ 2} The court coming now to consider its order of August 29, 2007, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of six months, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} It is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier case, see *Disciplinary Counsel v. Hofelich,* 115 Ohio St.3d 14, 2007-Ohio-4269, 873 N.E.2d 821.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

IN RE T.M.

[Cite as *In re T.M.,* 119 Ohio St.3d 1205, 2008-Ohio-3822.]

(No. 2007–2317—Submitted June 24, 2008—Decided August 5, 2008.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Stephen J. Pronai, Madison County Prosecuting Attorney, and Rachel M. Price, Assistant Prosecuting Attorney, for appellee, Madison County Department of Job and Family Services.

Renae E. Zabloudil, for appellants, Summer Overfield and Shane Manley.

Stephen K. Haller, Greene County Prosecuting Attorney, and Stephanie R. Hayden, Assistant Prosecuting Attorney, urging affirmance for amicus curiae, Ohio Prosecuting Attorneys Association.

Timothy Young, Ohio Public Defender, and Melissa M. Prendergast, Assistant Ohio Public Defender, urging reversal for amicus curiae, Ohio Public Defender.